[No. 42622-6-II.   Division Two.   December 20, 2013.]

KATHERINE E. MORSMAN, *Appellant*, v. CLARK COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-2-06447-0, Robert A. Lewis, J., entered August 26, 2011. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 42793-1-II.   Division Two.   December 20, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY LYNN PERKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00694-6, Jay B. Roof, J., entered October 11, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Spearman and Maxa, JJ.

[No. 42855-5-II.   Division Two.   December 20, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LYRIC LEEYN CLINE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-02722-0, Ronald E. Culpepper, J., entered November 29, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[Nos. 43333-8-II; 43433-4-II.   Division Two.   December 20, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DOYLE FLYNN, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 11-1-01608-4, Chris Wickham, J., entered March 29, 2012. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Johanson, J.